IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| KARL PETERSON, | |
|---|---|
| Plaintiff, | Case No. 4:10-CV-00451-BLW |
| vs. | ORDER FOR DISMISSAL (RANDY HAWS ONLY) |
| BONNEVILLE JOINT SCHOOL DISTRICT NO. 93, an Idaho political subdivision; BOARD OF TRUSTEES, BONNEVILLE JOINT SCHOOL DISTRICT NO. 93; and CRAIG LORDS, a board member, ANNETTE WINCHESTER, a board member, WENDY HORMAN, a board member, DEVERE HUNT, a board member, KIP NELSON, a board member, RANDY HAWS, a former board member, and Members of Such Board, in their individual and official capacities, | |
| Defendants. | |

The Stipulation for Dismissal (Randy Haws) having duly and regularly come before this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Stipulation (docket no. 6) is APPROVED, and that the above-entitled case be and the same hereby is dismissed with prejudice as to DEFENDANT RANDY HAWS and with each party to bear their own attorney's fees and costs.



DATED: **October 29, 2010**

_____
B. LYNN WINMILL
Chief Judge
United States District Court